

## NUMBER 13-19-00191-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

NICHOLAS GREEN, R.N.,                                                         Appellant,

v.

UMANG KHETARPAL, M.D.,                                                       Appellee.

### On appeal from the 445th District Court
### of Cameron County, Texas.

## MEMORANUM OPINION

### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Longoria

Appellant Nicholas Green filed his notice of appeal on April 17, 2019. This cause is now before the Court on an unopposed motion to dismiss filed by appellant. Appellant requests that his appeal against appellee Umang Khetarpal, MD be dismissed as the parties have settled their underlying lawsuit.

The Court, having considered the documents on file and the appellant's unopposed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The unopposed motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions in this cause number are dismissed as moot.

NORA L. LONGORIA
Justice

Delivered and filed the
26th day of September, 2019.